■ In the Matter of Patricia Mazzone, Appellant, v Hauppauge Union Free School District, Respondent. [835 NYS2d 910]—

In a proceeding pursuant to CPLR article 78 to review a determination of the respondent Hauppauge Union Free School District dated June 8, 2005, which terminated the petitioner's services as a teaching assistant, the petitioner appeals from a judgment of the Supreme Court, Suffolk County (Werner, J.), entered May 5, 2006, which, in effect, denied the petition and dismissed the proceeding.

Ordered that the judgment is affirmed, with costs.

The determination of the respondent Hauppauge Union Free School District that the petitioner's period of employment as a three-hour-per-day, part-time teaching assistant did not constitute service for the purpose of acquiring tenure was not arbitrary and capricious (*see Matter of Ceparano v Ambach*, 53 NY2d 873 [1981]; *Matter of Roese v Board of Educ. of S. Country Cent. School Dist.*, 283 AD2d 580 [2001]; *Matter of Rosenberg v Board of Educ. of Westbury Pub. Schools*, 51 AD2d 551 [1976]). Accordingly, since the petitioner was terminated during the probationary period in connection with her full-time position, she was not entitled to a hearing under the Education Law and was not terminated in violation of her due process rights (*see Matter of Cohoes City School Dist. v Cohoes Teachers Assn.*, 40 NY2d 774, 777 [1976]).

The petitioner's remaining contention is without merit. Miller, J.P., Ritter, Santucci and Florio, JJ., concur.